1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  RAMANATHAN PADMANABHAN,            )
                                        )  No. C 07-5358 JSW
13              Plaintiff,              )
                                        )
14        v.                            )  **PROOF OF SERVICE**
                                        )
15  MICHAEL CHERTOFF, as Secretary of the )
    Department of Homeland Security;   )
16  United States Citizenship and Immigration )
    Services, U.S. Department of Homeland Security;)
17  EMILIO T. GONZALEZ, as Director of U.S. )
    Citizenship and Immigration Services; )
18  CHRISTINA POULOS, Director, California )
    Service Center (CSC), U.S. Citizenship and )
19  Immigration Services;              )
    GERARD HEINAUER, Director, Nebraska )
20  Service Center (NSC), U.S. Citizenship and )
    Immigration Services;              )
21  ROBERT S. MUELLER, III, as Director of the )
    Federal Bureau of Investigation;   )
22  PETER D. KEISLER, Acting Attorney General )
    of the United States, U.S. Department of Justice, )
23                                      )
                Defendants.              )
24  _____)

25      The undersigned certifies that she is an employee of the office of the United States Attorney

26  for the Northern District of California and is a person of such age and discretion to be competent

27  to serve papers. The undersigned further certifies that she caused a copy of the following:

28  **ANSWER** e-filed on December 21, 2007 and this **PROOF OF SERVICE** to be served this date

Proof of Service
C 07-5358 JSW                                  1

1 | by mail upon the person(s) at the address(es) stated below, which is (are) the last known
2 | address(es):
3 | Ramanathan Padmanabhan, Pro Se
936 Redwood Drive
4 | Danville, CA 94506
5 |     I declare under penalty of perjury under the laws of the United States that the foregoing is true
6 | and correct.  Executed on December 21, 2007 at San Francisco, California.

                                /s/
                       CAROL E. WEXELBAUM
                       Legal Assistant