**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMANATHAN PADMANABHAN,

    Plaintiff,

    v.

MICHAEL CHERTOFF, et al.,

    Defendants.
    _____/

No. C 07-05358 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    The Court HEREBY VACATES the Case Management Conference set for January 25, 2008. Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

    **IT IS SO ORDERED.**

Dated: January 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom