**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

January 28, 2008

| | |
|---|---|
| Ramanathan Padmanabhan<br>936 Redwood Drive<br>Danville, CA  94506 | Edward A. Olsen<br>US Attorneys Office<br>450 Golden Gate Ave.<br>PO Box 36055<br>San Francisco, CA  94102 |

**Re:    RAMANATHAN PADMANABHAN  v. MICHAEL CHERTOFF**
C07-05358 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

The parties stipulated to proceed before a U.S. Magistrate Judge. A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge has not been filed in this case.  All parties are requested to complete the attached Consent form documenting their consent and file it with the Court by **February 11, 2008.**

Sincerely,

RICHARD W. WIEKING

*Karen L. Hom*
By: Karen L.Hom
     Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMANATHAN PADMANABHAN,   No. C 07-05358 JCS

    Plaintiff(s),   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

  v.

MICHAEL CHERTOFF,

    Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____   _____
                                                            Signature

                                                            Counsel for _____
                                                            (Name or party or indicate "pro se")