**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

### January 29, 2008

**CASE NUMBER:  CV 07-05358 JSW**
**CASE TITLE:  RAMANATHAN PADMANABHAN-v-MICHAEL CHERTOFF**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JOSEPH C. SPERO** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JCS** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 1/29/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 1/29/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA