1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMANATHAN PADMANABHAN, ) | No. C 07-5358 JCS |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT TO PROCEED BEFORE A** |
| ) | **UNITED STATES MAGISTRATE** |
| MICHAEL CHERTOFF, as Secretary of the ) | **JUDGE** |
| Department of Homeland Security; ) | |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, U.S. Department ) | |
| of Homeland Security; DR. EMILIO T. ) | |
| GONZALEZ, as Director of U.S. ) | |
| Citizenship and Immigration Services; ) | |
| CHRISTINA POULOS, Director, California ) | |
| Service Center (CSC), U.S. Citizenship and ) | |
| Immigration Services; ) | |
| GERARD HEINAUER, Director, Nebraska ) | |
| Service Center (NSC), U.S. Citizenship and ) | |
| Immigration Services; ) | |
| ROBERT S. MUELLER, III, as Director of the ) | |
| Federal Bureau of Investigation; THE ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| U.S. Department of Justice; ) | |
| PETER D. KEISLER, Acting Attorney General ) | |
| of the United States, U.S. Department of Justice, ) | |
| ) | |
| Defendants. ) | |
| ) | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

Consent to Magistrate Jurisdiction
C 07-5358 JCS                                            1

1  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2  Date: January 29, 2008					Respectfully submitted,

3							JOSEPH P. RUSSONIELLO
							United States Attorney

4

5

6							_____/s/_____
							EDWARD A. OLSEN
							Assistant United States Attorney
7							Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Consent to Magistrate Jurisdiction
C 07-5358 JCS					2

**CERTIFICATE OF SERVICE**

<u>Padmanabhan v. Chertoff</u>, No. 07-5358 JCS

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**Consent to Proceed Before a United States Magistrate Judge**

to be served this date on the party(ies) in this action, by placing the true copy thereof, addressed as follows:

Ramanathan Padmanabhan
936 Redwood Drive
Danville, CA 94506

✔ First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

___ Facsimile (FAX) Telephone No.

___ Personal Service (Messenger)

___ Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 30, 2008                          /s/
                                                 TIFFANI CHIU
                                                 Paralegal Specialist

Consent to Magistrate Jurisdiction
C 07-5358 JCS                                    3