FILED
2008 FEB 11  AM 10: 00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMANATHAN PADMANABHAN,<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL CHERTOFF,<br><br>Defendant(s).<br>_____/ | No. C 07-05358 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 2/4/2008

R. Pad[signature]
Signature

Counsel for _RAMANATHAN PADMANABHAN_
(Name or party or indicate "pro se") _Pro Se_

2

**CERTIFICATE OF SERVICE**
**Case No- C07-05358 JCS**

On or about 5th Feb, 2008, I, Krithika Srinivas, the undersigned served the following documents:

- True and correct copy(ies) of the Consent to proceed before a United States Magistrate judge

on the person/entity listed below addressed as follows:

**MANNER OF SERVICE:**

By placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail mailbox.

*Name and Address of person/entity:*
**Karen L. Hom**
Deputy Clerk
450 Golden Gate Avenue
PO Box 36060
San Francisco, CA 94102

**Executed on:** Date: 02/05/2008    City: DANVILLE    State: CA

*[signature]*

Krithika Srinivas

C-07-05358 JCS  Ramanathan Padmanabhan v. Michael Chertoff et al