1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 RAMANATHAN PADMANABHAN,           )
                                     ) No. C 07-5358 JCS
13              Plaintiff,           )
                                     )
14         v.                        ) **PROOF OF SERVICE**
                                     )
15 MICHAEL CHERTOFF, as Secretary of the )
   Department of Homeland Security;  )
16 United States Citizenship and Immigration )
   Services, U.S. Department of Homeland Security;)
17 EMILIO T. GONZALEZ, as Director of U.S. )
   Citizenship and Immigration Services; )
18 CHRISTINA POULOS, Director, California )
   Service Center (CSC), U.S. Citizenship and )
19 Immigration Services;             )
   GERARD HEINAUER, Director, Nebraska )
20 Service Center (NSC), U.S. Citizenship and )
   Immigration Services;             )
21 ROBERT S. MUELLER, III, as Director of the )
   Federal Bureau of Investigation;  )
22 PETER D. KEISLER, Acting Attorney General )
   of the United States, U.S. Department of Justice, )
23                                   )
               Defendants.           )
24 _____ )

25     The undersigned certifies that she is an employee of the office of the United States Attorney

26 for the Northern District of California and is a person of such age and discretion to be competent

27 to serve papers.  The undersigned further certifies that she caused a copy of the following:

28 **JOINT CASE MANAGEMENT STATEMENT** e-filed on February 29, 2007 and this **PROOF**

Proof of Service
C 07-5358 JCS                           1

1  **OF SERVICE** to be served this date by mail upon the person(s) at the address(es) stated below,

2  which is (are) the last known address(es):

3  Ramanathan Padmanabhan, Pro Se
   936 Redwood Drive
4  Danville, CA 94506

5      I declare under penalty of perjury under the laws of the United States that the foregoing is true

6  and correct.  Executed on March 3, 2008 at San Francisco, California.

7

8
                                    /s/
9                          CAROL E. WEXELBAUM
                           Legal Assistant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service
C 07-5358 JCS                                   2