# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-05358 JCS**

**CASE NAME:  RAMANATHAN PADMANABHAN v. MICHAEL CHERTOFF**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 7, 2008     **TIME:** 13 mins | **COURT REPORTER**: <u>FTR 1:51-2:03</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Ramanathan Padmanabhan, pro se | **COUNSEL FOR DEFENDANT:**<br>Melanie Proctor |

**PROCEEDINGS:**          **RULING:**

1. Case Management Conference          Held.

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   04/04/08 at 1:30 p.m., for status conference re: status adjustment or set briefing on motions for summary judgment.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**         at 8:30 a.m.  ()Jury   ()Court     Set for     days | | |

**cc:**     **Chambers; Karen**
* (T) = Telephonic Appearance