**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMANATHAN PADMANABHAN,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MICHAEL CHERTOFF, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | Case No. C-07-05358 JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **March 7, 2008,**

IT IS HEREBY ORDERED THAT a further case management conference regarding adjustment of status is set for **April 4, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: March 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 3-10-8.wpd