1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    JCS RAMANATHAN PADMANABHAN,              No. C 07-5358(JCS)

8              Plaintiff(s),
                                             CLERK'S NOTICE
9         v.

10   MICHAEL CHERTOFF, et al.,

11            Defendant(s).
     _____/
12

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14

15   YOU ARE NOTIFIED THAT the Further Case Management Conference set before Magistrate

16   Judge Spero previously noticed for April 4, 2008, at 1:30 p.m., has been reset to **10:30 a.m,**

17   Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California..  Any party

18   requesting a continuance shall submit a stipulation and proposed order.

19

20

21   Dated:  March 18, 2008
                                             FOR THE COURT,
22                                           Richard W. Wieking, Clerk

23

24                                           by: /s/_____
                                                    Frank Justiliano
25                                                  Courtroom Deputy

26

27

28