| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RAMANATHAN PADMANABHAN, | ) | |
| Plaintiff, | ) | No. C 07-5358 JCS |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, as Secretary of the<br>Department of Homeland Security;<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, U.S. Department<br>of Homeland Security; DR. EMILIO T.<br>GONZALEZ, as Director of U.S.<br>Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director, California<br>Service Center (CSC), U.S. Citizenship and<br>Immigration Services;<br>GERARD HEINAUER, Director, Nebraska<br>Service Center (NSC), U.S. Citizenship and<br>Immigration Services;<br>ROBERT S. MUELLER, III, as Director of the<br>Federal Bureau of Investigation; THE<br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. Department of Justice;<br>PETER D. KEISLER, Acting Attorney General<br>of the United States, U.S. Department of Justice, | ) | |
| Defendants. | ) | |

Plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has committed to

STIPULATION TO DISMISS
C 07-5358 JCS                                                 1

1  adjudicating the plaintiff's employment-based I-485 application for adjustment of status prior to
2  April 30, 2008. The parties agree that the Court will have jurisdiction to enforce this order if
3  necessary.
4      Each of the parties shall bear their own costs and fees.

Dated: April 3, 2008                                                      /s/
                                                                     RAMANATHAN PADMANABHAN
                                                                     *Pro Se*

Dated: April 3, 2008                                                    /s/
                                                                      EDWARD A. OLSEN
                                                                       Assistant United States Attorney
                                                                       Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April ___, 2008                                            _____
                                                                       JOSEPH C. SPERO
                                                                       United States Magistrate Judge