1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Defendants

8
                          UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   RAMANATHAN PADMANABHAN,           )
12                                   )   No. C 07-5358 JCS
                  Plaintiff,         )
13                                   )
            v.                       )   **STIPULATION TO DISMISS; AND**
14                                   )   **[**~~PROPOSED~~**] ORDER**
   MICHAEL CHERTOFF, as Secretary of the )
15 Department of Homeland Security;  )
   UNITED STATES CITIZENSHIP AND     )
16 IMMIGRATION SERVICES, U.S. Department )
   of Homeland Security; DR. EMILIO T. )
17 GONZALEZ, as Director of U.S.     )
   Citizenship and Immigration Services; )
18 CHRISTINA POULOS, Director, California )
   Service Center (CSC), U.S. Citizenship and )
19 Immigration Services;             )
   GERARD HEINAUER, Director, Nebraska )
20 Service Center (NSC), U.S. Citizenship and )
   Immigration Services;             )
21 ROBERT S. MUELLER, III, as Director of the )
   Federal Bureau of Investigation; THE )
22 FEDERAL BUREAU OF INVESTIGATION, )
   U.S. Department of Justice;       )
23 PETER D. KEISLER, Acting Attorney General )
   of the United States, U.S. Department of Justice, )
24                                   )
                  Defendants.        )
25 _____ )

26     Plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby

27 stipulate, subject to approval of the Court, to dismiss the above-entitled action in light of the fact

28 that the United States Citizenship and Immigration Services (USCIS) has committed to

STIPULATION TO DISMISS
C 07-5358 JCS                                    1

1 | adjudicating the plaintiff's employment-based I-485 application for adjustment of status prior to
2 | April 30, 2008.  The parties agree that the Court will have jurisdiction to enforce this order if
3 | necessary.
4 |     Each of the parties shall bear their own costs and fees.

Dated:  April 3, 2008
        /s/
RAMANATHAN PADMANABHAN
*Pro Se*

Dated:  April 3, 2008
        /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April _4_, 2008



JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO DISMISS
C 07-5358 JCS          2