JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMANATHAN PADMANABHAN, | No. C 07-5358 JCS |
|     Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [**~~PROPOSED~~**] ORDER** |
| MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, U.S. Department of Homeland Security; DR. EMILIO T. GONZALEZ, as Director of U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director, California Service Center (CSC), U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center (NSC), U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, as Director of the Federal Bureau of Investigation; THE FEDERAL BUREAU OF INVESTIGATION, U.S. Department of Justice; PETER D. KEISLER, Acting Attorney General of the United States, U.S. Department of Justice, | |
|     Defendants. | |

    Plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has committed to

STIPULATION TO DISMISS
C 07-5358 JCS                      1

1  adjudicating the plaintiff's employment-based I-485 application for adjustment of status prior to
2  April 30, 2008.  The parties agree that the Court will have jurisdiction to enforce this order if
3  necessary.
4      Each of the parties shall bear their own costs and fees.

Dated:  April 3, 2008                                              /s/
                                                                   RAMANATHAN PADMANABHAN
                                                                   *Pro Se*

Dated:  April 3, 2008                                              /s/
                                                                   EDWARD A. OLSEN
                                                                   Assistant United States Attorney
                                                                   Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April _4_, 2008                 _____
                                       JOSEPH C. SPERO
                                       United States Magistrate Judge

STIPULATION TO DISMISS
C 07-5358 JCS                                    2